CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

March 4, 2010

**Russell X. Pollock**
**Direct Dial: (617) 241-3050**
rpollock@campbell-trial-lawyers.com

**VIA ECF:**

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   **Hopkins et al v. National Railroad Passenger Corporation et al.,**
      **Case No: 1:08-cv-2965-NGG-RML**

Dear Magistrate Judge Levy:

       We represent the plaintiffs, Brian Hopkins, Liana Hopkins and Sean Hopkins in this matter.  I am writing in response to defendants' March 1, 2010 letter.

       I am not involved in the Klein/Birdwell matter as defendants' counsel is, and I was not aware that Judge Stengel's March 31, 2008 Order denying defendants' post trial motion was eventually vacated.

       The fact that the March 31, 2008 Order was vacated does not change that Judge Stengel Ordered the documents and information discussed at our hearing produced during discovery in that case, the documents and information were compiled, presumably indexed and/or stamped and produced.  In addition, some subset of the information produced was indeed admitted as evidence during the Klein/Birdwell trial.

       Thus, for purposes of plaintiffs' motion in this case, I submit that the fact that Judge Stengel's March 31, 2008 Order was vacated is irrelevant.

       Thank you for your courtesy and cooperation.

                                                          Very truly yours,

                                                          Russell X. Pollock

cc:  Cristi L. Luckow, Esq.