UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN HOPKINS, LIANA HOPKINS and SEAN HOPKINS, | |
| Plaintiffs | 08 2965 (J. GARAUFIS) (M.J. LEVY) |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK and MASSCHUSETTS BAY TRANSPORTATION AUTHORITY, | |
| Defendants | |

## ASSENTED TO MOTION TO CONTINUE APRIL 30, 2010 STATUS CONFERENCE

Plaintiffs Brian Hopkins, Liana Hopkins and Sean Hopkins hereby move this Court to continue the Status Conference currently set for Friday, April 30, 2010 until May 12, 2010 or soon thereafter as this Court's schedule shall permit. Defendants' counsels assented to Plaintiffs' Motion and are available on the requested date.

Plaintiffs establish good cause for their motion in that Plaintiffs' counsel began a medical malpractice binding arbitration on April 26, 2010 in front of the Honorable Judge Patrick King in Boston, Massachusetts. Plaintiffs' counsel in good faith believes that such arbitration may continue through April 30, 2010 and therefore will be unable to attend the above Status Conference.

WHEREFORE, for the foregoing reasons and for good cause shown, the Plaintiffs respectfully request that this Honorable Court continue the April 30, 2010 status conference until May 12, 2010 or soon thereafter as this Court's schedule shall permit.

**BRIAN HOPKINS, LIANA HOPKINS AND SEAN HOPKINS, PLAINTIFFS,**
**By Their Attorneys,**

**CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION**

*/s/ Russell X. Pollock*
_____
Russell X. Pollock, Esq. (Bar Code RP6970)
One Constitution Plaza
Boston, MA 02129
rpollock@campbell-trial-lawyers.com
TEL:   (617) 241-3000 / FAX:   (617) 241-5115

**Assented To By:**
**NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK and MASSCHUSETTS BAY TRANSPORTATION AUTHORITY**
**By Their Attorneys,**

*/s/ Cristi Luckow*
_____
Mark S. Landman, Esq.
Cristi Luckow, Esq.
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 27, 2010 I electronically filed this document with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following.

Mark S. Landman, Esq.
Cristi Luckow, Esq.
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079      */s/ Russell X. Pollock*
                                                           _____
                                                           Russell X. Pollock