UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN HOPKINS, LIANA HOPKINS and SEAN HOPKINS, <br><br>　　　Plaintiffs <br>v. <br><br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, <br><br>　　　Defendants | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE <br><br>08 2965 (J. GARAUFIS) <br>(M.J. LEVY) |

TO:  Mark S. Landman, Esq.
     120 Broadway, 27th Floor
     New York, NY  10271

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and Certificates of Good Stand annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States Districts Courts for the Southern and Eastern Districts of New York for an Order allowing admission of movant, a member of the firm of Campbell, Campbell, Edwards & Conroy, P.C and a member of good standing in the Bars of the States of Massachusetts, Rhode Island and California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiffs, Brian Hopkins, Liana Hopkins and Sean Hopkins. There are no pending disciplinary proceedings against me in any State of Federal court.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dana K. Etre, Esq.
　　　　　　　　　　　　　　　　　　Campbell, Campbell, Edwards & Conroy, P.C
　　　　　　　　　　　　　　　　　　One Constitution Center, Suite 3
　　　　　　　　　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　　　　　　　　　detre@campbell-trial-lawyers.com
　　　　　　　　　　　　　　　　　　Tel: (617) 241-3070

Dated: 1/5/2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRIAN HOPKINS, LIANA HOPKINS and SEAN HOPKINS, <br><br> Plaintiffs <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | AFFIDAVIT OF DANA K. ETRE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE <br><br> 08 2965 (J. GARAUFIS) <br> (M.J. LEVY) |

State of Massachusetts   )
                         )  ss:
County of Suffolk        )

DANA K. ETRE, being duly sworn hereby deposes and says as follows:

1. I am an associate with the law firm of Campbell, Campbell, Edwards & Conroy, P. C.
2. I submit this affidavit in support of my Motion for Admission to Practice Pro Hac Vice in the above captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the States of Massachusetts, Rhode Island and California.
4. There are no pending disciplinary proceedings against me in any State of Federal Court.
5. Wherefore your affiant respectfully submits that e be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiffs, Brian Hopkins, Liana Hopkins and Sean Hopkins.

Dated: 1/5/2011

Respectfully Submitted,

Dana K. Etre, Esq.
Campbell, Campbell, Edwards & Conroy, P.C
One Constitution Center, Suite 3
Boston, MA 02129
detre@campbell-trial-lawyers.com
Tel: (617) 241-3070

Notary Public: Patrice K. Morris
My Commission Expires: 4/20/2012

PATRICE K. MORRIS
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
April 20, 2012

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **June** A.D. **2010**, said Court being the highest Court of Record in said Commonwealth:

## Dana K. Etre

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of November in the year of our Lord **two thousand and ten**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



### Supreme Court of Rhode Island
### Providence

## The State of Rhode Island and Providence Plantations

This Certifies that

# DANA K. ETRE

### of Boston, Massachusetts

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 25th day of November, 2008 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this 24th day of November, 2010.

_____
Clerk



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *Dana Kenneth Etre*

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that Dana Kenneth Etre was on the 1st day of December, 2006 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 24th day of November 2010.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: [signature]
*Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN HOPKINS, LIANA HOPKINS and SEAN HOPKINS,<br><br>　　　　　Plaintiffs<br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,<br><br>　　　　　Defendants | ORDER<br>ADMISSION TO PRACTICE<br>PRO HAC VICE<br><br>08 2965 (J. GARAUFIS)<br>(M.J. LEVY) |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, DANA K. ETRE is permitted to argue or try this particular case in whole or in part as counsel of advocate for Plaintiffs, Brian Hopkins, Liana Hopkins and Sean Hopkins.

Dated:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　Pro Hac Vice attorney
　　　　Court File