UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BRIAN HOPKINS, LIANA HOPKINS, and
SEAN HOPKINS,

                      Plaintiffs,

      - against-

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK, and
MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY,

                    Defendants.
------------------------------------------------------------- x

**NOTICE OF MOTION**
08-CV-2965 (NGG) (RML)

     **PLEASE TAKE NOTICE**, that upon the annexed Statement of Undisputed Material Facts pursuant to Local Rule 56.1, the Declaration of Cristi L. Fusaro, dated February 27, 2012, and exhibits thereto, the Declaration of Robert J. Verhelle ("Verhelle Decl."), and the accompanying Memorandum of Law, defendants National Railroad Passenger Corporation a/k/a Amtrak ("Amtrak") and Massachusetts Bay Transportation Authority ("MBTA"), will move this Court before the Hon. Nicholas G. Garaufis, U.S.D.J., in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an Order granting summary judgment and dismissing Plaintiffs' claims, with prejudice, pursuant to Fed.R.Civ.P. 56(c); and for such other and further relief as this Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE**, that, pursuant to this Court's January 10, 2012 Order, Plaintiffs may respond to Defendants' motion by April 16, 2012, and Defendants may reply by April 30, 2012.

528725.1 DocsNY

Dated: New York, New York
February 27, 2012

                    LANDMAN CORSI BALLAINE & FORD P.C.

By: *[signature] Cristi L. Fusaro*
Cristi L. Fusaro (CL 0415)
Mark S. Landman (ML 7654)
Attorneys for Defendants
National Railroad Passenger Corporation and
Massachusetts Bay Transportation Authority
120 Broadway, 27th Floor
New York, New York 10271
(212) 238-4800

TO: Russell X. Pollock, Esq.
Bergstresser & Pollock LLC
52 Temple Place
Boston, MA 02111
(617) 682-9211

JOHN P. HANNIGAN, ESQ.
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
P.O. Box 5056
White Plains, NY 10602-5056