

## Bergstresser & Pollock LLC

52 Temple Place
Boston, MA 02111

Clyde D. Bergstresser
clyde@bergstresser.com

Russell X. Pollock*
russ@bergstresser.com

Scott M. Heidorn
scott@bergstresser.com

*Also admitted in NY, NJ, CT, RI and NH

Karen M. Reilly, Nurse - Paralegal
karen@bergstresser.com

TEL (617) 682-9211
FAX (617) 451-1070
www.bergstresser.com

May 9, 2012

**VIA facsimile & ECF:**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**   **Hopkins et al v. National Railroad Passenger Corporation et al.,**
**Case No: 1:08-cv-2965-NGG-RML**

Dear Judge Garaufis:

We represent the plaintiffs, Brian Hopkins, Liana Hopkins and Sean
Hopkins in this matter. By Order dated May 7, 2012 (entered May 8, 2012), #54 on
the Case Docket, you allowed plaintiff's request to file a Sur-Reply, but inserted a
due date of May 4, 2012, which has already past. We respectfully request
clarification as to the due date of the Sur-Reply.

Thank you for your courtesy and cooperation.

Very truly yours,

Russell X. Pollock

cc:  Cristi L. Fusaro, Esq. (via facsimile and ECF)