UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN HOPKINS, LIANA HOPKINS and SEAN HOPKINS,<br><br>Plaintiffs<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK and MASSCHUSETTS BAY TRANSPORTATION AUTHORITY,<br><br>Defendants | 08 CV 2965 (NGG)(RML) |

## SECOND DECLARATION OF RUSSELL X. POLLOCK

I, Russell X. Pollock, pursuant to 28 USC § 1746, do hereby state under the penalty of perjury, that the following is true and correct:

1. I am a Member of the law firm of Bergstresser & Pollock LLC, attorneys for Brian Hopkins, Liana Hopkins and Sean Hopkins in this case and as such I am familiar with the matters herein.

2. I respectfully submit this Declaration in support of Plaintiffs' Sur-Reply Memorandum in Opposition to Defendants' Motion for Summary Judgment.

3. Annexed as Exhibits 28 – 30 are true and accurate copies of the following documents:

| | |
|---|---|
| Exhibit 28 | May 5, 2011 Deposition of Amtrak 30(b)(6) witness Robert Verhelle, pages 78-80. |
| Exhibit 29 | Affidavit of Norman D. Bates. |
| Exhibit 30 | Affidavit of Richard Gill. |

Exhibit 31    Affidavit of James J. Rogers.

Dated: May 14, 2012
Boston, MA

                            **BRIAN HOPKINS,**
                            **LIANA HOPKINS AND SEAN HOPKINS,**
                            **PLAINTIFFS,**
                            By their attorneys,

                            _____
                            Russell X. Pollock, Esq. (Bar Code RP6970)
                            Bergstresser & Pollock LLC
                            52 Temple Place
                            Boston, MA 02111
                            Tel: (617) 682-9211 / FAX (617) 451-1070
                            russ@bergstresser.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2012, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for all parties of record.

                            _____
                            Russell X. Pollock (RP6970)