# EXHIBIT 29

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN HOPKINS, LIANA HOPKINS and )
SEAN HOPKINS, )
)
                                  Plaintiffs    )     08 CV 2965 (NGG)(RML)
)
v. )
)
NATIONAL RAILROAD PASSENGER )
CORPORATION a/k/a AMTRAK and )
MASSCHUSETTS BAY TRANSPORTATION )
AUTHORITY, )
)
                                  Defendants )

## AFFIDAVIT OF NORMAN D. BATES

1. My name is Norman D. Bates. I am the President of Liability Consultants, Inc., 591 Sugar Road, Bolton, MA 01740.

2. A true and accurate copy of the report I authored in this matter signed on December 14, 2011 appears on the Docket in Case 1:08-cv-02965-NGG-RML Document 47-3 at pages 9-31. A true and accurate copy of the attachments to the report, including my *curriculum vitae*, appear at pages 32-56 of that document.

3. The report I authored in this matter contains a true and accurate recitation of the opinions I developed in this matter, continue to hold today, and anticipate testifying to at the trial of this matter.

4. The report also contains a true and accurate recitation of the facts, bases and reasons for my opinions in this matter, based on the information I considered in forming my opinions.

I verify under the pains and penalties of perjury that the foregoing is true and correct.

Executed on: May 14, 2012
DATE

Norman D. Bates

NOTARY: Maureen P. Fuller   5/14/12

[Notary Seal: Maureen P. Fuller, Notary Public, Commonwealth of Massachusetts, My Commission Expires Aug. 27, 2015]