UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIAN HOPKINS, LIANA HOPKINS, and
SEAN HOPKINS,

                      Plaintiffs,

    - against-

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK, and
MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY,

                      Defendants.
----------------------------------------------------------------X

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) AND ORDER TO AMEND THE CAPTION**

08-CV-2965 (NGG) (RML)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties in the above entitled action, that any and all claims asserted by plaintiffs Liana Hopkins and Sean Hopkins, including but not limited to the FIFTH CAUSE OF ACTION for loss of services asserted in the Amended Complaint, filed December 9, 2008, be and the same are hereby voluntary dismissed with prejudice and without costs to either party; and

**IT IS THEREFORE ORDERED** that the Clerk of the Court amend the caption to remove plaintiffs Sean Hopkins and Liana Hopkins as parties to this matter.

Dated: April 26, 2016

| | |
|---|---|
| Brian Hopkins, Liana Hopkins and Sean Hopkins | Amtrak and Mass. Bay Transp. Auth. |
| By: _____/s/_____ | By: _____/s/_____ |
| Russell X. Pollock (RP6970) | Mark S. Landman |
| Bergstresser & Pollock LLC | Landman Corsi Ballaine & Ford P.C. |
| 52 Temple Place-4th Floor | 120 Broadway, 27th Floor |
| Boston, MA  02111 | New York, NY 10271-0079 |

SO ORDERED on this 27th day of April, 2016

s/Nicholas G. Garaufis

_____
HON. NICHOLAS G. GARAUFIS, U.S.D.J.

4851-7834-9361v.1